UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0154--CR (JWS)
"USA V EDGAR DAVID LEON"
DEF 1.1 LEON, EDGAR DAVID

Including terminated defendants, excluding terminated counsel

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed:  10/27/03
            Closed:  03/09/04
 No. of Defendants:  1
   MJ Case Number:
               AKA:
   Location status:  Released on Bond
        Trial date:
        Terminated:  YES
  Needs interpreter:  NO
  Counsel of record:  Allen N. Dayan
                      Allen N. Dayan & Associates
                      745 W. 4th Avenue, Suite 230
                      Anchorage, AK 99501
                      907-277-2330
                      FAX 907-277-7780
                      Serve: YES
                       Type: Retained
                       Role: Appeal


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record:  Crandon H. Randell
                      U.S. Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513-7567
                      907-271-5071
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial
```

Counts re: DEF 1.1 LEON, EDGAR DAVID

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -  1 IND | 1 | 18:1341 MAIL FRAUD (F) | Sentenced (24-1) |
| 1 -  1 IND | 2 | 18:1341 MAIL FRAUD (F) | Sentenced (24-1) |
| 1 -  1 IND | 3 | 18:1341 MAIL FRAUD (F) | Sentenced (24-1) |
| 1 -  1 IND | 4 | 18:1341 MAIL FRAUD (F) | Sentenced (24-1) |
| 1 -  1 IND | 5 | 18:1341 MAIL FRAUD (F) | Sentenced (24-1) |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0154--CR (JWS)
"USA V EDGAR DAVID LEON"
DEF 1.1 LEON, EDGAR DAVID

Including terminated defendants, excluding terminated counsel

| | | | | | |
|---|---|---|---|---|---|
| 1 - | 1 IND | 6 | 18:1341 MAIL FRAUD (F) | | Sentenced (24-1) |
| 1 - | 1 IND | 7 | 18:1341 MAIL FRAUD (F) | | Sentenced (24-1) |
| 1 - | 1 IND | 8 | 18:1341 MAIL FRAUD (F) | | Sentenced (24-1) |
| 1 - | 1 IND | 9 | 18:1341 MAIL FRAUD (F) | | Sentenced (24-1) |
| 1 - | 1 IND | 10 | 18:1341 MAIL FRAUD (F) | | Sentenced (24-1) |
| 1 - | 1 IND | 11 | 18:1341 MAIL FRAUD (F) | | Sentenced (24-1) |
| 1 - | 1 IND | 12 | 18:1341 MAIL FRAUD (F) | | Sentenced (24-1) |
| 1 - | 1 IND | 13 | 18:1341 MAIL FRAUD (F) | | Sentenced (24-1) |
| 1 - | 1 IND | 14 | 18:1341 MAIL FRAUD (F) | | Sentenced (24-1) |
| 1 - | 1 IND | 15 | 18:1341 MAIL FRAUD (F) | | Sentenced (24-1) |
| 1 - | 1 IND | 16 | 18:1341 MAIL FRAUD (F) | | Sentenced (24-1) |
| 1 - | 1 IND | 17 | 18:1341 MAIL FRAUD (F) | | Sentenced (24-1) |
| 1 - | 1 IND | 18 | 18:1341 MAIL FRAUD (F) | | Sentenced (24-1) |
| 1 - | 1 IND | 19 | 18:1341 MAIL FRAUD (F) | | Sentenced (24-1) |
| 1 - | 1 IND | 20 | 18:1341 MAIL FRAUD (F) | | Sentenced (24-1) |
| 1 - | 1 IND | 21 | 18:1341 MAIL FRAUD (F) | | Sentenced (24-1) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CRIMINAL DOCKET ENTRIES FOR CASE A03-0154--CR (JWS)
                    "USA V EDGAR DAVID LEON"

                       For all filing dates
```

Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 10/27/03
            Closed: 03/09/04
No. of Defendants: 1

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 10/22/03 | [Re: DEF 1] PLF 1 Indictment. |
| NOTE - 1 | 10/23/03 | [Re: DEF 1] Issued WOA. |
| 2 - 1 | 10/23/03 | [Re: DEF 1] JDR Grand Jury Minutes re Indt Secret; WOA to be issued; no bail set. |
| NOTE - 2 | 10/27/03 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 10/27/03 |
| NOTE - 3 | 10/27/03 | Issued: Proposed Trial Date Setting for Arr to CMC for USDJ. |
| NOTE - 4 | 10/28/03 | Issued: Speedy Trial Notice to Judge Sedwick. |
| 3 - 1 | 10/28/03 | [Re: DEF 1] JDR Court Minutes [ECR: Elisa Singleton] re Arr on Indt hld 10/27; M.J. Haden apptd; def pled not guilty; bond set at $5,000 unsecured; PTM's due 11/17/03; cnsl advised of trial date 1/5/04; def to surrender passport to clerk of crt w/in 24 hrs. cc: USA, FPD, USM, USPO, Judge Sedwick |
| 4 - 1 | 10/28/03 | [Re: DEF 1] Financial Affidavit. |
| 5 - 1 | 10/28/03 | [Re: DEF 1] Appearance bond of $5,000 unsecured. |
| 6 - 1 | 10/28/03 | [Re: DEF 1] Order setting conditions of release re bond set at $5,000. unsecured; def to surrender passport w/in 24 hrs. cc: USA, FPD, USM, USPO |
| 7 - 1 | 10/28/03 | [Re: DEF 1] JDR Order regarding preparation for trial re cnsl to meet & confer by 10/29/03; PTM's due 11/17/03. cc: USA, FPD |
| 8 - 1 | 10/28/03 | [Re: DEF 1] JDR Order of Release re def released 10/27/03. cc: USA, FPD, USM, USPO |
| 9 - 1 | 10/28/03 | [Re: DEF 1] JWS Minute Order setting TBJ on 1/5/04 at 9:00 a.m. and FPTC for 1/5/03 at 8:30 a.m.. cc: USA, FPD, USM, USPO, MJ Roberts, JC |
| 10 - 1 | 10/28/03 | [Re: DEF 1] Return of WOA executed on 10/27/03 in Anchorage, AK by US Postal Inspector. |
| 11 - 1 | 10/29/03 | [Re: DEF 1] Clerk's Notice that pursuant to the Order Setting Conditons of Release the court is in receipt of passport # 206454150. cc: USA, FPD, USM, PO, Finance |
| 12 - 1 | 11/06/03 | [Re: DEF 1] PLF 1  Discovery Conference certificate. |
| 13 - 1 | 12/22/03 | DEF 1 Notice of Intent to change plea. |
| 14 - 1 | 12/23/03 | [Re: DEF 1] JWS Minute Order setting PCOP on 12/30/03 at 10:00 a.m.; 1/5/04 FPTC and TBJ vacated. cc: USA, FPD, USM, USPO, JC, MJ Roberts |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A03-0154--CR (JWS)
"USA V EDGAR DAVID LEON"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 1 | 12/24/03 | DEF 1 motion on shortened time to continue change of plea hearing. |
| 16 - 1 | 12/29/03 | [Re: DEF 1] JWS Order granting mot on shortened time to continue COP hrg (15-1); 12/30/03 PCOP hrg at 10:00 a.m. reset to 2:30 p.m. on 12/30/03. cc: USA, FPD, USM, USPO |
| 17 - 1 | 12/30/03 | [Re: DEF 1] JWS Court Minutes [ECR: Elisa Singleton] re: PCOP hrg held 12/30/03; def changed plea to guilty on cts 1-21 of Indt; bond remains as set IOS set 3/8/04 at 8:00 a.m.. cc: USA, FPD, USM, USPO, MJ Roberts |
| 18 - 1 | 03/01/04 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 19 - 1 | 03/02/04 | DEF 1 motion on shortened time to accept late-filed sentencing memo w/att prop sentencing memo. |
| 20 - 1 | 03/02/04 | DEF 1 Notice of witness testimony. |
| 20 - 2 | 03/02/04 | DEF 1 motion (request) for Spanish interpreter for witness at sentencing. |
| 21 - 1 | 03/02/04 | [Re: DEF 1] JWS Order granting mot on shortened time to accept late-fld sentencing memo (19-1). cc: USA, FPD |
| 22 - 1 | 03/02/04 | DEF 1 Sentencing Memorandum. |
| 20 - 3 | 03/03/04 | [Re: DEF 1] JWS Order granting mot (req) for Spanish interpreter (20-2) for telephonic wit at IOS. cc: USA, FPD |
| 23 - 1 | 03/09/04 | [Re: DEF 1] JWS Court Minutes [ECR: Denali Elmore] re: IOS held 3/8/04; def sentenced to 8 mos on each of cts 1 through 21 w/terms to run concur; 36 mos SR on each of cts 1 through 21 w/terms to run concur; SA of $2,100.00; restitution of $9,087.20 to SOA Dept of Labor; interest on restitution waived; def to remain on bond and rpt to USM NLT noon 5/10/04; conditions of rls remain as set; oral mot to stay restitution denied w/att wit list. |
| 24 - 1 | 03/09/04 | [Re: DEF 1] JWS Judgment pleaded guilty to cts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21 of Indt (1-1); def sentenced to 8 mos on each of cts 1-21 w/each term to run concur; 36 mos of SR on each of cts 1-21 w/each term to run concur; $2,100.00 SA; $9,087.20 in restitution to SOA Dept of Labor; interest on restitution waived. cc: USA, FPD, Def w/cnsls cy, USM, USPO, Finance, FLU, MJ Roberts |
| 25 - 1 | 03/19/04 | DEF 1 Attorney Appearance of Allen N. Dayan. |
| 26 - 1 | 03/19/04 | DEF 1 appeal to 9CCA of (24-1) filed 03/09/04. cc: A. Dayan, C. Randell, USM, USPO, Judge Sedwick, 9CCA |
| 27 - 1 | 03/24/04 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (26-1) cc: A. Dayan, C. Randell, ECRs, 9CCA (Original) |
| 28 - 1 | 04/05/04 | [Re: DEF 1] Partial Transcript re: IOS held 3/8/04. |
| 29 - 1 | 04/20/04 | DEF 1 motion on shortened time to stay of sentencing pending appeal w/att aff. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A03-0154--CR (JWS)
"USA V EDGAR DAVID LEON"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 30 - 1 | 04/20/04 | [Re: DEF 1] JWS Minute Order denying mot on shortened time to stay of sentencing pending appeal (29-1). cc: USA, A. Dayan, USM, USPO |
| 31 - 1 | 05/10/04 | DEF 1 Transcript Designation/Order Form re: notice of appeal (26-1). cc:ecr |
| 32 - 1 | 05/12/04 | [Re: DEF 1]  Partial Transcript of IOS held 3/8/04 re: notice of appeal (26-1). |
| 33 - 1 | 05/12/04 | [Re: DEF 1] Transcript of PCOP held 12/30/03 re: notice of appeal (26-1) |
| 34 - 1 | 05/13/04 | [Re: DEF 1] cy 9CCA Certificate of Record. (26-1) cc: A. Dayan, C. Randell, 9CCA (Original) |
| 35 - 1 | 12/27/04 | DEF 1 motion to return passport w/att aff & exh. |
| 36 - 1 | 12/28/04 | [Re: DEF 1] JWS Order granting motion to return passport (35-1). cc: USA, FPD, Finance |
| NOTE - 5 | 02/02/05 | Transmittal: Forwarded D.C. record to 9CCA consisting of 1 original vol. |
| NOTE - 6 | 02/22/05 | Notation (re: Appeal): received ntc from 9CCA that they received records consisting of 1 vol. |
| 37 - 1 | 06/16/05 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - 7 | 06/23/05 | Issued: writ of execution re: DEF 1 on PFD. |
| 38 - 1 | 10/28/05 | USM Return of svc on writ of execution re: PFD  re: DEF 1 executed on 6/30/05 for the amount of $841.76. |
| 39 - 1 | 11/04/05 | [Re: DEF 1] PLF 1 motion to release attached PFD funds. |
| 40 - 1 | 11/09/05 | [Re: DEF 1] JWS Order granting motion to release attached PFD funds in the amount of $841.76 (39-1).  cc: AUSA, A. DAYAN, FINANCE, FLU |