DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>EDGAR DAVID LEON,<br><br>            Defendant. | ) Case No. 3:03-CR-00154(JWS)<br>)<br>)<br>)<br>) APPLICATION AND AFFIDAVIT FOR<br>) ISSUANCE OF WRIT OF EXECUTION<br>) ON PERMANENT FUND DIVIDEND<br>)<br>) |

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

I, RICHARD L. POMEROY, hereby state on oath:

1.  Judgment for $11,187.20 was imposed on March 8, 2004, in the above-entitled court and action, in favor of the United States of America as judgment creditor and against EDGAR DAVID LEON as judgment debtor.

2.  I am the attorney for said judgment creditor and I request issuance of a Writ of Execution on the judgment.

3.  The judgment debtor was represented by counsel.

4.  The judgment entered is not a default judgment.

5.   ACCRUED since the entry of judgment are the following sums:

$0.00     accrued interest, computed at 0%.

$45.00    accrued costs.

6.   CREDIT must be given for payments and partial satisfaction in the total amount of:

$5,791.25 which is to be first credited against the judgment as entered, with any excess credited against any accrued penalties, interest, and costs, leaving a net balance of:

7.   $5,440.95 ACTUALLY DUE on May 24, 2006. Of this total, $5,395.95 is the amount of the original judgment as entered, which still remains due and bears interest at 0%.

8.   The United States seeks to satisfy the balance owing on the judgment by levying against the Alaska Permanent Fund Dividend which is to be issued to the above-named defendant.

9.   The Alaska Permanent Fund dividend is subject to attachment pursuant to the provisions of Alaska Statute 43.23.065.

10.  This is a levy for satisfaction of court-ordered restitution and, pursuant to AS 43.23.065(b)(2), may attach up to <u>100%</u> of the Permanent Fund Dividend payable to this debtor.

//

//

//

//

//

//

//

//

U.S. vs. EDGAR DAVID LEON
Case No.: 3:03-CR-00154(JWS)

DATED this 6th day of June, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

*/s/ Richard L. Pomeroy*
RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov
AK #8906031

SUBSCRIBED AND SWORN TO before me this 6th day of June, 2006, at Anchorage, Alaska.

*/s/ Traci Ross*
NOTARY PUBLIC
State of Alaska
My Commission Expires: 11/17/08

U.S. vs. EDGAR DAVID LEON
Case No.: 3:03-CR-00154 (JWS)