## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA   v.   EDGAR DAVID LEON

THE HONORABLE JOHN W. SEDWICK   CASE NO.   3:03-cr-00154-JWS

Deputy Clerk                    Official Recorder

Linda Christensen

APPEARANCES:   for PLAINTIFF:   ----

for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

Within 30 days from the date of this order, defendant shall file a notice indicating whether or not he seeks re-sentencing pursuant to United States v. Ameline and the Court of Appeals decision in this case. If defendant files a notice seeking a re-sentencing, the United States shall have 20 days from the date the notice is filed in which to respond.

DATE:  October 18, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS:  lc
Deputy Clerk

[FORMS*IA*]