NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK  99513-7567
Tel. (907) 271-5071
Fax  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>         Plaintiff,   )<br>  )<br>   vs.   )<br>  )<br> Edgar David Leon,   )<br>  )<br>         Defendant.   ) | No.  3:03-CR-00154 (JWS)<br><br><br><br>**ORDER TO RELEASE ATTACHED PFD FUNDS** |

    Plaintiff's motion to release attached Permanent Fund Dividend funds is hereby GRANTED.

    The attached funds, in the amount of $1,102.96, shall be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account 0022-6855XX, as payment toward Defendant's criminal restitution.

    IT IS SO ORDERED.


DATED:_____          _____
                                        UNITED STATES DISTRICT JUDGE




**DOCUMENT NAME**
Edgar David Leon
3:03-CR-00154 (JWS)