Allen N. Dayan
745 W. 4th Avenue, Suite 230.
Anchorage, AK  99501
(907) 277-2330

Attorneys for:
Defendant Edgar David Leon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>           Plaintiff,       )<br>   vs.                                )Case No.3:03-cr-00154-JWS<br>                                      )<br>Edgar David Leon,            )<br>                                      )<br>           Defendant.      )<br>_____)| |

**NOTICE OF DEFENDANT'S ELECTION NOT TO BE RESENTENCED**

COMES NOW the Defendant, Edgar David Leon, by and through his counsel, Allen N. Dayan, hereby give notice that defendant does not seek re-sentencing pursuant to United State v. Ameline.

DATED this <u>7th</u> day of November, 2006 at Anchorage, Alaska.

                                        s/Allen N. Dayan
                                        745 W. 4th Avenue, Suite 230
                                        Anchorage, Alaska 99501
                                        Phone: 907-277-2330
                                        Fax: 907-277-7780
                                        Email: dayanlaw@acsalaska.net
                                        Alaska Bar No. 8811179

Certificate of Service
I hereby certify that on November 7, 2006, a copy of the foregoing Motion and attached Order was Electronically Served on AUSA Crandon Randell.