## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA     v.     EDGAR DAVID LEON

THE HONORABLE JOHN W. SEDWICK     CASE NO.   3:03-cr-00154-JWS

Deputy Clerk                      Official Recorder

Pam Richter

APPEARANCES:   for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The court has reviewed the notice of election not to be re-sentenced at docket 47 and it is **ACCEPTED**. The court will not re-sentence Mr. Leon. There is nothing further to be done in this case in connection with the "Ameline" remand from the Court of Appeals.

DATE: November 8, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS:  prr
Deputy Clerk

[FORMS*IA*]