Probation Form No. 35
(1/92)

Report and Order Terminating Probation / Supervised Release
Prior to Original Expiration Date

RECEIVED

JAN 18 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT
for the
DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V                                    Case No. 3:03-CR-00154-JWS

EDGAR DAVID LEON

   On January 8, 2005, the above-named was placed on supervised release for a period of 3 years years. The defendant has complied with the rules and regulations of supervised release and is no longer in need of supervision. The offender has paid his $2,100.00 special assessment and $9,087.20 restitution obligation in full. The offender has maintained contact with his probation officer throughout supervision and is an appropriate candidate for early termination of supervised release. It is accordingly recommended that Edgar David Leon be discharged from supervision. The U.S. Attorney's Office has been consulted and has no objection to an early termination from supervision.

Respectfully submitted,

REDACTED SIGNATURE
Chris Liedike                              Date
U.S. Probation/Pretrial Services Officer

REDACTED SIGNATURE
Eric D. Odegard
Supervising U.S. Probation Officer

ORDER OF THE COURT

   Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this  10th  day of  January , 2007.

REDACTED SIGNATURE
John W. Sedwick
Chief U.S. District Court Judge